Opinion issued August 12, 2014



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-14-00300-CV

————————————

**CSO DANELLE CLAY, Appellant**

**V.**

**DONNIE SHANE FLANIGAN, Appellee**

---

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-65291**

---

## MEMORANDUM OPINION

Appellant, CSO Danelle Clay, has filed a motion to dismiss her appeal. No opinion has issued. Further, although appellant's certificate of conference indicates that appellant was unable to confer with the appellee, appellant's motion includes a certificate of service, more than 10 days have passed since the motion

was filed, and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), (b), 10.3.

Accordingly, we grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.